Same case below, 226 Ariz. 502, 250 P.3d 1131.

**No. 10-10455. Porter Major, Petitioner v. Burl Cain, Warden.**

565 U.S. 837, 132 S. Ct. 143, 181 L. Ed. 2d 62, 2011 U.S. LEXIS 6081.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10456. Mark James Mason, Petitioner v. Florida.**

565 U.S. 837, 132 S. Ct. 143, 181 L. Ed. 2d 62, 2011 U.S. LEXIS 6223.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 53 So. 3d 1036.

**No. 10-10457. Glenn Ford, Petitioner v. Louisiana.**

565 U.S. 837, 132 S. Ct. 144, 181 L. Ed. 2d 62, 2011 U.S. LEXIS 6394.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 57 So. 3d 297.

**No. 10-10458. Leighton Binns, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 837, 132 S. Ct. 144, 181 L. Ed. 2d 62, 2011 U.S. LEXIS 6297.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10464. Jacinto Cedeno, Petitioner v. James Conway, Superintendent, Attica Correctional Facility.**

565 U.S. 837, 132 S. Ct. 144, 181 L. Ed. 2d 62, 2011 U.S. LEXIS 6351.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-10465. Emilio Chateloin, Petitioner v. Florida.**

565 U.S. 837, 132 S. Ct. 144, 181 L. Ed. 2d 62, 2011 U.S. LEXIS 6078.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 56 So. 3d 11.

**No. 10-10467. Darnell Lee Delk, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 837, 132 S. Ct. 144, 181 L. Ed. 2d 62, 2011 U.S. LEXIS 5977.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10469. James Anthony Davis, Petitioner v. Bill Donat, Warden, et al.**

565 U.S. 837, 132 S. Ct. 144, 181 L. Ed. 2d 62, 2011 U.S. LEXIS 6303.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.